**Aixa PEREZ–LANG, on her own behalf as personal representative of the estate of Edward Lang–Correa and as mother and natural guardian of her daughters, Diana Camila Lang and Sofia Lang, Plaintiff–Appellant,**

v.

**CORPORACION DE HOTELES, S.A., d.b.a. Hotel Casa De Campo, Corporacion De Hoteles Casa De Campo Casa De Campo, Central Romana Corporation, ABC Corporation, et al., Defendants,**

**Premier World Marketing, Inc., Premier Resorts & Hotels Group, Defendants–Appellees.**

No. 08–15661
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 20, 2009.

Cherie K. Durand, Hulsey Litigation Group, L.L.C., Charleston, SC, for Plaintiff–Appellant.

Helaine S. Goodner, Fowler White Burnett, P.A., Miami, FL, for Defendants–Appellees.

Before CARNES, WILSON, and HILL, Circuit Judges.

PER CURIAM:

The district judge, in a well-reasoned order, reviewed all of the assertions and facts developed in the proceedings before him. He also considered and thoughtfully weighed the proper authorities and precedents. He gave due deference to the plaintiff's choice of forum and countervailing interests. Nevertheless, the district judge granted the defendants' motion to dismiss this case on the basis of the doctrine of *forum non conveniens,* without prejudice to the plaintiff.

We have carefully reviewed the record and the order. We find no reversible error. We affirm the judgment of the district court.

**AFFIRMED.**